UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17-cv-129-FDW

| | | |
|---|---|---|
| TAVIEOLIS HUNT, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| JEFFREY WALL, et al., | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion to Amend Case Caption, (Doc. No. 41), and Motion to File Under Seal, (Doc. No. 43).

Plaintiff filed a Stipulation of Dismissal, signed by all the parties who have appeared, voluntarily dismissing from this action Defendant Lawrence, whom Plaintiff was never able to serve, and Officers John Doe 2 and 3, whom Plaintiff was never able to identify and serve. (Doc. No. 40); see Fed. R. Civ. P. 41(a)(l)(A)(ii). The Motion to Amend the Case Caption to remove the Defendants Lawrence and Officers John Doe 2 and 3, to which Defendants Wall, Peguese, and Parsons have consented, will be granted.

Plaintiff filed a Motion to Amend or Correct the Motion for Protective Order that was subsequently withdrawn. (Doc. Nos. 42, 45). The Memorandum in Support of the Motion, (Doc. No. 44), contains sensitive information and therefore the Motion to Seal will be granted even though the Motion to Amend is now moot.

**IT IS ORDERED** that

(1) Plaintiff's Motion to Amend Case Caption, (Doc. No. 41), is **GRANTED**.

(2) Plaintiff's Motion to File Under Seal, (Doc. No. 43), is **GRANTED.**

1

(3) The Clerk of Court is respectfully requested to terminate Defendants Lawrence and Officer Jon Doe 2 and 3 and remove them from the case caption.

Signed: October 29, 2018

Frank D. Whitney
Chief United States District Judge